UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| ANTHONY BROWN, | ) | CASE NO. CV 07-3865-PSG (PJW) |
| Petitioner, | ) ) ) | |
| v. | ) | J U D G M E N T |
| JOHN MARSHALL, | ) ) | |
| Respondent. | ) ) | |

Pursuant to the Order Adopting Findings, Conclusions, and Recommendations of United States Magistrate Judge,

IT IS ADJUDGED that the Petition is denied and this action is dismissed with prejudice.

DATED:   January 27, 2010                           .

*(signature)*
PHILIP S. GUTIERREZ
UNITED STATES DISTRICT JUDGE

C:\Temp\notesFFF692\~4852775.wpd